**No. 10-10224. Thomas Edward Nesbitt, Petitioner v. Robert P. Hous-**

ton, Director, Nebraska Department of Correctional Services.

563 U.S. 1038, 131 S. Ct. 2974, 180 L. Ed. 2d 256, 2011 U.S. LEXIS 4227.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.